JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ramon Carter,<br><br>    Plaintiff,<br><br>  v.<br><br>George A. Pearson;<br>G&M Oil Co., LLC, a California<br>Limited Liability Company; and<br>Does 1-10,<br><br>    Defendants. | Case: 5:13-CV-1862-JGB-DTB<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: April 15, 2014

_____
HON. JESUS G. BERNAL
United States District Court Judge